NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PEI-HERNG HOR,**
*Plaintiff-Appellant,*

AND

**RULING MENG,**
*Plaintiff-Appellant,*

v.

**CHING-WU "PAUL" CHU,**
*Defendant-Appellee.*

---

2011-1540

---

Appeal from the United States District Court for the Southern District of Texas in case no. 08-CV-3584, Judge Keith P. Ellison.

---

## ON MOTION

---

Before LINN, *Circuit Judge*

## ORDER

Upon consideration of Ching-Wu "Paul" Chu's unopposed motion for an increase of up to 21,000 words or 45 pages for its principal brief,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

DEC 1 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William P. Jensen, Esq.
Brent C. Perry, Esq.
Lester L. Hewitt, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 9 2011

JAN HORBALY
CLERK